# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Game and Technology Co. Ltd,

PLAINTIFF(S)

v.

Wargamingnet LLP, et al,

DEFENDANT(S).

CASE NUMBER

2:16-cv-06554 CBM (PLAx)

**ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 14-03 (RELATED CASES)**

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 14-03.

September 14, 2016
Date

Beverly Reid O'Connell
United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

Date

United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case 2:16-cv-06486 BRO (SKx) and the present case:

- ☐ A. Arise from the same or closely related transactions, happenings or events; or
- ☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or
- ☑ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- ☐ D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery maters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge Abrams to Magistrate Judge Kim.

On all documents subsequently filed in this case, please substitute the initials BRO (SKx) after the case number in place of the initials of the prior judge, so that the case number will read 2:16-cv-06554 BRO (SKx). This is very important because the documents are routed to the assigned judges by means of these initials

cc: ☐ *Previous Judge* ☐ *Statistics Clerk*