UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAME AND TECHNOLOGY CO., LTD.,<br>    Plaintiff,<br>v.<br><br>WARGAMING GROUP LIMITED,<br>    Defendant. | Civil Case No.: 2:16-cv-06554 BRO (SKx)<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY ACTION** |

The Court, having reviewed the parties' Joint Stipulation to Stay Action, and finding good cause shown, ORDERS that:

1. This action and all activity relating to this action shall be stayed until the stay in *Game and Technology Co., Ltd. v. Blizzard Entertainment, Inc.*, No. 2:16-cv-06499-BRO-SK is lifted.

2. In order to permit the Court to monitor this action, the Court orders the parties to file periodic status reports. The first such report is to be filed on February 6, 2017, unless the stay is lifted sooner. Successive reports shall be filed every 90 days thereafter. Each report must indicate on the face page the date on which the next report is due. All pending calendar dates are vacated by the Court.

3. IS HEREBY ORDERED that this action is removed from the Court's active caseload until further application by the parties or Order of this Court.

IT IS SO ORDERED.

DATED: November 18, 2016

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge