JS-6

FILED
CLERK, U.S. DISTRICT COURT
3/31/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: CW  DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAME AND TECHNOLOGY CO., LTD.<br><br>Plaintiff,<br><br>v.<br><br>WARGAMING GROUP LIMITED,<br><br>Defendant. | Case No. 2:16-cv-06554 JAK (SKx)<br><br><br>**FINAL JUDGMENT** |

Pursuant to the Court's March 23, 2020 Order, Plaintiff Game and Technology Co. Ltd. ("GAT") and Defendant Wargaming Group Limited ("Wargaming") filed a Proposed Judgment. The Court hereby enters Final Judgment as follows:

1. All of Plaintiff's claims against Defendant in this action are hereby **DISMISSED WITH PREJUDICE**.

2. Defendant is the prevailing party.

3. No later than 14 days after entry of this Final Judgment, Defendant may file a motion for an award of attorney's fees and related nontaxable expenses. *See* Fed. R. Civ. P. 54(d)(2).

IT IS SO ORDERED.

Dated: March 31, 2020  _____
John A. Kronstadt
United States District Judge